IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | MAGISTRATE NUMBER 24-67 |
| | : | |
| | : | |
| **KENNETH GIUSINI** | : | |

### ENTRY OF APPEARANCE

We hereby our appearances on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Zachary Parrish*
ZACHARY PARRISH
Fellowship Attorney

*/s/ Timothy Wright*
TIMOTHY WRIGHT
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

We, Zachary Parrish, Fellowship Attorney, and Timothy Wright, Assistant Federal Defender, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that we caused a copy of Entry of Appearance on behalf of Defendant, to be served via Electronic Case Filing upon Anna Krasinski, Assistant United States Attorney.

*/s/ Zachary Parrish*
ZACHARY PARRISH
Fellowship Attorney

*/s/ Timothy Wright*
TIMOTHY WRIGHT
Assistant Federal Defender

Date:   March 6, 2024